# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ANTHONY BRIAN WILLIAMSON
ADC #109343                                                                PETITIONER

v.                          No. 4:20-cv-841-DPM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                   RESPONDENT

## ORDER

Objections, *Doc. 7*, overruled.  Magistrate Judge Volpe did not clearly err or misapply the law in denying without prejudice Williamson's motion for discovery and appointed counsel, *Doc. 3 & 4*.  FED. R. CIV. P. 72(a).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2020