# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTHONY BRIAN WILLIAMSON
ADC #109343                                                                  PETITIONER

v.                          No. 4:20-cv-841-DPM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## ORDER

I was serving on the Arkansas Court of Appeals when Williamson's direct appeal was pending in that Court. I therefore vacate my 4 August 2020 Order, *Doc. 9*, and recuse. The Court must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2020