IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY BRIAN WILLIAMSON**     **PETITIONER**
**ADC #109343**

v.     Case No. 4:20-cv-00841-KGB

**DEXTER PAYNE**     **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this the 15th day of March, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge